*KYH/AR/LNE USAO: 2025R00356*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. BAH 26cr 24 |
| | * | |
| LOUIS CONSTANTINE, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, 18 |
| Defendant. | * | U.S.C. § 922(g)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 21 U.S.C. § 853(p), 28 |
| | * | U.S.C. § 2461(c)) |
| | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about October 26, 2023, in the District of Maryland, the Defendant,

## LOUIS CONSTANTINE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, Model 23, .40 caliber handgun bearing serial number PG032US; and ammunition, to wit: nine (9) rounds of .40 caliber ammunition and fifty-eight (58) rounds of 5.56 caliber rifle ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2.      Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

### LOUIS CONSTANTINE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

    a.  a Glock, Model 23, .40 caliber handgun bearing serial number PG032US;

    b.  approximately nine (9) rounds of .40 caliber ammunition; and

    c.  approximately fifty-eight (58) rounds of 5.56 caliber ammunition.

### Substitute Assets

5.      If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without

difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes AR
_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

1/21/26
_____
Date

3