# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **Criminal no. BAH-26-CR-24** |
| | * | |
| LOUIS CONSTANTINE, | * | <u>UNDER SEAL</u> |
| | * | |
| Defendant. | * | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through the undersigned attorneys, hereby moves this Court for an order sealing the Government's Motion to Revoke Conditions of Release and Request for an Arrest Warrant in this matter, and in support thereof states:

1. The government's motion contains personal and confidential information regarding the defendant.

2. It is in the best interest of all parties that the government's motion be sealed and not available for inspection by the public.

WHEREFORE, the government respectfully requests that the above-referenced Government's Motion to Revoke Conditions of Release and Request for an Arrest Warrant, along with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____

By:    Arqum F. Rashid
Special Assistant United States Attorney

1