

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Arqum F. Rashid*
*Special Assistant United States Attorney*
*Arqum.Rashid@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4876*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

June 23, 2026

The Honorable Brendan A. Hurson
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re:     *United States v. Louis Constantine*
         Crim. No. BAH-26-CR24

Dear Judge Hurson:

Pursuant to the Court's request, I write to provide an update on the case. The defendant is currently in state custody with an active federal detainer in place. On April 28, 2026, a notice of apparent violation and request for a warrant was sent by Senior U.S. Probation Officer Erin Thumma to the government. According to the report, the probation officer received notification from Maryland State probation that the defendant has an active warrant for a domestic violence-related assault. The government filed a motion to revoke the current conditions of release and requested an arrest warrant. On May 1, 2026, an arrest warrant was issued by the Honorable Charles D. Austin and delivered to the United States Marshals Service, who launched a detainer with the state authorities.

Additionally, with agreement from the defense, the government is filing a consent motion to toll the Speedy Trial Act for another 90 days.

The government is available to discuss any questions or concerns at the Court's convenience.

Very truly yours,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Arqum F. Rashid
Special Assistant United States Attorney

1